# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NAN | E 1991445 | Bell | SRT-73 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 08/19/1978  1214 | 32-5A-171  '18 USC-13 |

Place of Offense
Post 6

Offense Description: Factual Basis for Charge     HAZMAT ☐

Speeding 30/15mph zone

### DEFENDANT INFORMATION

Last Name: Lew allen     McKenzie    L

Street Address: ████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| A0B9546 | AL | 26 | HR-V EX | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 75       Forfeiture Amount
+ $30     Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →     $ 105   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address                     Date

                                  Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1991445*

CVB SCAN 09/12/2025 15:6

CVB SCAN 09/12/2025 15:6

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19th August 2025 while exercising my duties as a law enforcement officer in the northern District of alabama.

I observed the listed driver operating the listed vehicle speeding above the posted speed limit of 15mph. Sgt Bell initiated a traffic stop and issued a citation for speeding 30/15 without incident.

The foregoing statement is based upon:

☑ my personal observation          ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/1978     [signature]
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident